UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01989-DOC-MAR                    Date: January 23, 2023

Title: KEITH MCCABE V. CANON SOLUTIONS AMERICA, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Patricia Lynne Mitchell | Melissa Raphan |

**PROCEEDINGS:** MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [13]

MOTION TO DISMISS SECOND CAUSE OF ACTION [15] AND JOINDER [25]

**SCHEDULING CONFERENCE**

The case is called. The Court hears arguments on motion to Remand Case to Orange County Superior Court [13] and motion is taken under submission.

Motion to Dismiss Second Cause of Action [15] and Joinder [25] is held in abeyance pending the Court's ruling on motion to remand.

Dates pretrial dates are set. The Court's scheduling order to issue.

_____ : 0:17 / :01

Initials of Deputy Clerk: kd